UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**VIDA BAILEY,**
and other similarly situated individuals,

    Plaintiff,

v.                                                      Civil Action No.:

**GARDA CL SOUTHEAST, INC.,** a
foreign profit corporation, and
**VINCENT MODARELLI,** individually,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, Defendants, Garda CL Southeast, Inc. ("Garda"), and Vincent Modarelli ("Modarelli"), collectively "Defendants," hereby remove this action from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida. In support hereof, Defendants state as follows:

1. On or about April 19, 2019, Plaintiff Vida Bailey ("Plaintiff") filed a complaint in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, bearing Case No. 2019-011382-CA-CL (the "Complaint").[1] The Complaint was served on Garda on May 1, 2019. The summons received by Garda is attached in Composite B. Thereafter, on May 6, 2019, the Complaint was left at Modarelli's home.

---

[1] The Civil Cover sheet is attached hereto as **Exhibit "A."** Copies of all documents retrieved from the Circuit Court file are attached hereto as **Composite Exhibit "B."**

2. Pursuant to 28 U.S.C. § 1446, Defendants hereby remove this case to the United States District Court for the Southern District of Florida as an action over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331.

3. The well-pleaded complaint rule determines the presence or absence of federal jurisdiction that will support removal. *See Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987). Generally, if the face of the complaint necessarily implicates a federal claim, a federal question exists. *See Franchise Tax Bd. of Cal. v. Construction Laborers Vacation Trust for Southern Cal.*, 463 U.S. 1, 9-12 (1983).

4. In the Complaint, Plaintiff brings three counts, two against Garda and one against Modarelli. All of the counts purport to assert claims pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA").

5. 28 U.S.C. § 1331 provides that district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States. Here, Plaintiff's Complaint is removable to the United States District Court for the Southern District of Florida because all of Plaintiff's claims present a federal question under the FLSA, and therefore arise under federal law. *See Valdivieso v. Atlas Air, Inc.*, 128 F. Supp. 2d 1371, 1374 (S.D. Fla. 2001) (concluding that "§ 1441 and the FLSA, read together, permit the removal of FLSA actions"); *see also Breuer v. Jim's Concrete of Brevard, Inc.*, 292 F.3d 1308, 1308 (11th Cir. 2002), aff'd, 538 U.S. 691 (2003) (affirming denial of motion to remand FLSA claim).

6. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Southern District of Florida is the district court of the United States for the district and division embracing the place where the action is pending.

7. This removal is timely filed because less than thirty days have elapsed since May 1, 2019 – the date of service on Garda. *See* 28 U.S.C. § 1446(b).

8. Written notice of the filing of this Notice of Removal has been given to Plaintiff, through counsel, and a copy of the Notice of Removal was filed with the Clerk of the Circuit Court for the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, in compliance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendants, Garda CL Southeast, Inc., and Vincent Modarelli, respectfully request that the entire state court action under Case No. 2019-011382-CA-CL now pending in the Circuit Court for the Eleventh Judicial Circuit, in and for Miami-Dade County, be removed to the United States District Court for the Southern District of Florida for all further proceedings.

Respectfully submitted this 21st day of May, 2019.

**HOLLAND & KNIGHT LLP**

/s/ Erika R. Royal
Erika R. Royal
Florida Bar No.: 0154385
Lauren Vanessa Lopez
Fla. Bar No.: 119274
vanessa.lopez@hklaw.com
515 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:   (954) 468-7831
Facsimile:   (954) 463-2030
Email:  erika.royal@hklaw.com

Matthew Zimmerman
Florida Bar No. 011484
222 Lakeview Avenue, Suite 1000
West Palm Beach, Florida 33401
Telephone: (561) 833-2000
Facsimile: (561) 650-8399
Email: matthew.zimmerman@hklaw.com

*Attorneys for Defendants*

3

## CERTIFICATE OF SERVICE

 *I HEREBY CERTIFY* that on **May 21, 2018**, a true and correct copy of the foregoing Defendant's Notice of Removal was served by email to:

Peter M. Hoogerwoerd, Esq.
pmh@rgpattorneys.com
Anthony M. Georges-Pierre, Esq.
agp@rgpattorneys.com
Max Horowitz
mhorowitz@rgpattorneys.com
**Remer & Georges-Pierre, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130

*Attorneys for Plaintiff Vida Bailey*

              /s/ Erika R. Royal
              Erika R. Royal
              Florida Bar No.: 0154385

#67864235_v1